UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JORDAN DAVID KNIPPLING,

                Plaintiff,

v.

SCOTT FRAKES,

                Defendant.

CASE NO. C14-5961BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 3. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's application to proceed in forma pauperis is **DENIED**.

(3)    The Clerk shall file the complaint only on receipt of the full four hundred dollar filing fee.  If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

Dated this 23rd day of February, 2015.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER